KEVIN R. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
EMILY J. KINGSTON (CSBN 184752)
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000

Attorneys for the United States of America

Michael C. Flynn
First Vice President and Senior Counsel
California SBN 100698
1901 Harrison Street
Oakland, CA 94612
Telephone: (510) 446-4080
Facsimile: (510) 446-3963

Attorney for World Savings Bank, FSB

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. C 05 02304 |
| Plaintiff, | |
| v. | |
| THOMAS B. GRAHAM, JUDY L. GRAHAM; WORLD SAVINGS BANK, FSB; and STATE OF CALIFORNIA FRANCHISE TAX BOARD | STIPULATION IN LIEU OF FURTHER APPEARANCE BY DEFENDANT, WORLD SAVINGS BANK, FSB |
| Defendants. | |

NOW COMES Plaintiff, **UNITED STATES OF AMERICA,** and Defendant **WORLD SAVINGS BANK, FSB** ("World Savings"), by and through their respective attorneys hereby stipulate as follows:

1.   Defendant World Savings is the mortgagee under that certain First Deed of Trust dated October 12, 2000, and recorded October 24, 2000 as Document No. 2000-0236155-00.

2.   The First Deed of Trust encumbers real property commonly known as 9674 Davona Drive, San Ramon, CA 94583, which real property is the subject of this action; and which property is more particularly described in Exhibit "A" attached hereto and made a part hereof for all purposes.

3.   The First Deed of Trust was given to mortgagee, Defendant World Savings by mortgagors, Defendants, Thomas B. Graham and Judy L. Graham, husband and wife ("Grahams") to secure indebtedness in the original principal amount of $322,000.00, as evidenced by that certain Promissory Note of like date with the First Deed of Trust. The current principal balance is $287,056.73.

4.   The Deed of Trust is a valid and subsisting lien against the above referenced real property.

5.   The Plaintiff has petitioned this court to reduce to judgment the outstanding federal income tax liabilities assessed against defendants Thomas B. Graham and Judy L. Graham and to foreclose its tax liens against the subject real property.

6.   The Plaintiff hereby stipulates that World Savings need not answer or further plead in this matter; that World Savings' lien on the subject property shall be preserved in any order or judgment had, or to be entered in this lawsuit; and further stipulates that no costs or attorney fees will be sought or assessed against the Defendant World Savings.

7.   In the event Plaintiff acquires title to the subject property free and clear of the interest of the aforesaid mortgagor Defendant, Plaintiff takes title subject to the First Deed of Trust and the underlying Promissory Note and the terms thereof but is not consent to any assumption thereof.

8.   Should the property be transferred or sold pursuant to any order of this court, Defendant World Savings' loan secured by the First Deed of Trust, hereinbefore described shall be paid in full from the proceeds of the sale.

9. Nothing in this stipulation shall be deemed a waiver by World Savings of any of its rights under the First Deed of Trust and Promissory Note, including but not limited to, its right to accelerate the payment of all sums secured if the property is sold or transferred.

DATED: July 11, 2005

STIPULATED AND AGREED:

UNITED STATES OF AMERICA

BY: _____
Emily J. Kingston, AUSA
California SBN 184752
Attorney for Plaintiff
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102
Telephone: (415) 436-7000

WORLD SAVINGS BANK, FSB

BY: _____
Michael C. Flynn
First Vice President and Senior Counsel
California SBN 100698
1901 Harrison Street
Oakland, CA  94612
Telephone: (510) 446-4080
Facsimile:  (510) 446-3963

This stipulation is hereby approved by this Court and its terms are so ordered by this Court.

Dated: This  13th  day of  July , 2005

_____
United States District Judge

APPROVED
Judge Charles R. Breyer