KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS B. GRAHAM, JUDY L.<br>GRAHAM, et al.,<br><br>　　　　Defendants. | Case No. C-05-02304-CRB<br><br>**ORDER**<br>~~REQUEST~~ TO CONTINUE AND<br>STATUS CONFERENCE STATEMENT<br><br>TIME:　December 2, 2005<br>DATE:　8:30 a.m.<br>PLACE: Courtroom 8<br>　　　　19th Floor |

　　　　The parties submit this Request to Continue and tatus Conference Statement to advise the Court of the progress in this case since the October 7, 2005, Case Management Conference.

**1.　PROCEEDINGS SINCE OCTOBER 7, 2005, CASE MANAGEMENT CONFERENCE**

　　　　Since the October 7, 2005, Case Management Conference, the United States has reviewed and accepted as filed the Graham defendants' tax returns for the years at issue in this matter. The United States has also deposed the Graham defendants. The United States and the Graham defendants have entered preliminary settlement discussions.

2. **FURTHER ANTICIPATED PROCEEDINGS**

The parties will continue their settlement efforts and hope to resolve this dispute before the end of this year.

3. **REQUEST TO CONTINUE STATUS CONFERENCE**

The December 2, 2005 status conference should be continued to January 20, 2006 at 8:30 a.m. to allow the parties adequate time to resolve their dispute and to conserve limited resources. If settlement is not reached by January 20, 2006, the Court should schedule trial and summary judgment motions dates at a status conference on that date.

                                              KEVIN V. RYAN
                                              United States Attorney

| JOHN GIGOUNAS | THOMAS MOORE |
|---|---|
| Attorney for Defendants | Assistant United States Attorney |
| Thomas and Judy Graham | Tax Division |
| | Attorneys for Plaintiff |

**IT IS ORDERED** that the Status Conference in this matter be continued to 8:30 a.m. on January 20, 2006.

Dated: Nov. 21, 2005



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
APPROVED — Judge Charles R. Breyer