KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. C-05-02304-CRB |
| ) | |
| Plaintiff, ) | REQUEST TO CONTINUE AND |
| ) | STATUS CONFERENCE STATEMENT |
| v. ) | |
| ) | TIME:   January 20, 2006 |
| THOMAS B. GRAHAM, JUDY L. ) | DATE:  8:30 a.m. |
| GRAHAM, et al., ) | PLACE: Courtroom 8 |
| ) | 19th Floor |
| Defendants. ) | |
| _____ ) | |

The parties submit this Request to Continue and status Conference Statement to advise the

Court of the progress in this case since the October 7, 2005, Case Management Conference.

1.   **PROCEEDINGS SINCE OCTOBER 7, 2005, CASE MANAGEMENT
     CONFERENCE**

Since the October 7, 2005, Case Management Conference, the United States has reviewed

and accepted as filed the Graham defendants' tax returns for the years at issue in this matter.   The

United States has also deposed the Graham defendants.

The Graham defendants made an settlement offer to the United States. The United States

Attorney has recommended acceptance of that offer to the Department of Justice Tax Division in

Washington, D.C. which must approve and authorize settlement of this matter.

///

///

///

## 2.   <u>REQUEST TO CONTINUE STATUS CONFERENCE</u>

The January 20, 2006 status conference should be continued to March 3, 2006 at 8:30 a.m. to allow the parties adequate time to resolve their dispute and to conserve limited resources. If settlement is not reached by March 3, 2006, the Court should schedule trial and summary judgment motions dates at a status conference on that date.

KEVIN V. RYAN
United States Attorney


/s/ John Gigounas                           /s/ Thomas Moore
JOHN GIGOUNAS                           THOMAS MOORE
Attorney for Defendants                   Assistant United States Attorney
 Thomas and Judy Graham               Tax Division
                                                     Attorneys for Plaintiff


**IT IS ORDERED** that the January 20, 2006, Status Conference in this matter be continued to 8:30 a.m. on March 3, 2006.

Dated: <u>Jan. 05 2006</u>



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Charles R. Breyer

_____ R[ ] JUDGE