| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | JAY R. WEILL  (CSBN 75434)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>THOMAS MOORE (ASBN 4305-T78O) |
| 4 | Assistant United States Attorney<br>  10th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, California 94102 |
| 6 |   Telephone: (415) 436-6935 |
| 7 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. C-05-02304-CRB | |
| Plaintiff, | ) ) ) | ~~STATUS CONFERENCE STATEMENT AND~~ REQUEST FOR CONTINUANCE | |
| v. | ) ) | TIME: June 9, 2006 | ORDER |
| THOMAS B. GRAHAM, JUDY L. GRAHAM, et al., | ) ) ) | DATE:  8:30 a.m.<br>PLACE: Courtroom 8<br>       19th Floor | |
| Defendants. | ) ) | | |

The parties submit this Status Conference Statement to advise the Court of the progress in this case since the March 3, 2006, Case Management Conference.

**1.    PROCEEDINGS IN THIS MATTER**

Since the first Case Management Conference, the United States has reviewed and accepted as filed the Graham defendants' tax returns for the years at issue.   The United States also deposed the Graham defendants.

The Graham defendants made an settlement offer to the United States.  The United States rejected the offer.

The Graham defendants made a second settlement offer to the United States.  Since the last case management conference, the Department of Justice officials considering the offer required the defendants to submit financial statements.  The Graham defendants have now prepared those statements and mailed them to their attorney.  Upon receipt and review of the financial statements

1  defendants' counsel will forward them to the Department of Justice for consideration for the offer.

2  **2.    REQUEST TO CONTINUE STATUS CONFERENCE**

3  Because the Grahams' settlement offer is under review, the parties request that the Case Management Conference be continued to 8:30 a.m. on July 28, 2006.

```
                                        KEVIN V. RYAN
                                        United States Attorney


/s/ John Gigounas                       /s/ Thomas Moore
JOHN GIGOUNAS                           THOMAS MOORE
Attorney of Defendants                  Assistant United States Attorney
  Thomas and Judy Graham                Tax Division
                                        Attorneys for Plaintiff
```

IT IS ORDERED that the June 9, 2006, Status Conference in this matter be continued to 8:30 a.m. on July 28, 2006.

Dated: May 31, 2006



CHARLES R. BREYER
IT IS SO ORDERED
Judge Charles R. Breyer

C-05-02304 CRB
Status conf. stat. & Req. For Cont.

Page 2